

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

FILED
2018 MAR 21 PM 1:54
U.S. MAGISTRATE JUDGE
BY:_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. 2:18-mj-0342-PAL |
| Plaintiff, | **MOTION TO SEAL** |
| vs. | **(Under Seal)** |
| DEVLIN LENARD RHODES, | |
| Defendant. | |

Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Affidavit be sealed.

DATED this __21st__ day of March, 2018.

_____
United States Magistrate Judge

3

| | |
|---|---|
| 1 | DAYLE ELIESON |
| | United States Attorney |
| 2 | FRANK JOHAN COUMOU |
| | Nevada Bar No. 4577 |
| 3 | Assistant United States Attorney |
| | 501 Las Vegas Boulevard South, Suite 1100 |
| 4 | Las Vegas, Nevada 89101 |
| | Telephone: (702) 388-6336 |
| 5 | Frank.coumou@usdoj.gov |

FILED
2018 MAR 21 PM 1:54
U.S. MAGISTRATE JUDGE
BY_____

*Attorney for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Magistrate No.** 2:18-mj-0342-PAL |
| Plaintiff, | |
| vs. | **MOTION TO SEAL** |
| DEVLIN LENARD RHODES, | **(Under Seal)** |
| Defendant. | |

COMES NOW the United States of America, by and through Dayle Elieson, United States Attorney, and Frank J. Coumou, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint in the above captioned matter. The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation.

The Government submits that disclosure of the information might possibly jeopardize the investigation. The Government submits that its right to secrecy far outweighs the public's right to know.

///

///

1

DATED: March 21, 2018

                                       Respectfully submitted,

                                       DAYLE ELIESON
                                       United States Attorney

                                       */s/ Frank Johan Coumou*
                                       FRANK JOHAN COUMOU
                                       Assistant United States Attorney

2