


# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ROBERT A. KNIEF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: Robert.knief@usdoj.gov




*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**-oOo-**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DEVLIN LENARD RHODES,<br>Defendant. | Case No. 2:18-mj-00342-BNW<br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Robert A. Knief, Assistant United States Attorney, counsel for the United States of America, and Nisha Brooks-Whittington, counsel for defendant Devlin Lenard Rhodes, that the preliminary hearing currently scheduled for September 23, 2019, at the hour 4:00 p.m., be vacated and set to a date and time convenient to this Court, but no sooner than 30 days, and then after 3 p.m., if convenient with the Court.

The Stipulation is entered into for the following reasons:

1. Counsel for the United States, AUSA Robert A. Knief, is currently in trial in Reno, NV.

2. Counsel for defendant Devlin Rhodes are negotiating pre indictment resolutions.

3. The defendant is incarcerated and does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow for continuity of counsel the Government to timely appear at the hearing and for the Court to be able to sentence the defendant and on or about the same day.

5. Respectfully submitted this 20th day of September, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Robert A. Knief
ROBERT A. KNIEF
Assistant United States Attorney

/s/ Nisha Brooks-Whittington
NISHA BROOKS-WHITTINGTON
Counsel for RHODES

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DEVLIN LENARD RHODES,

Defendant.

Case No. 2:18-mj-00342-BNW

**ORDER GRANTING STIPULATION TO CONTINUE PRELIMINARY HEARING**

Based upon the pending Stipulation of counsel, and good cause appearing therefore

IT IS ORDERED that the preliminary hearing, currently scheduled for September 23, 2019, at 4:00 p.m., be vacated and continued to the 30 day of October, 2019, at 4:00 p.m.

**IT IS SO ORDERED**

**DATED:** 9/23/19

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**